JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANDAR A. SNOW,<br>Petitioner,<br>v.<br>MS. JUSINO et al.,<br>Respondents. | Case No. CV 21-6253-JWH (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing 28 U.S.C. § 2241 Habeas Petition,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 7, 2021

JOHN W. HOLCOMB
U.S. DISTRICT JUDGE